Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*December 17, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **DESHAUN JONES**, Defendant. | Case No. **4:25-cr-0694** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, PAPA JOHNS INTERNATIONAL INC. is a company, with stores and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped and affected interstate commerce.

## COUNT ONE

### Interference With Commerce by Robbery

On May 29, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DESHAUN JONES**

did unlawfully obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain personal property, namely United States currency, of Papa Johns International Inc., located at 2838 S. Texas 6, Houston, Texas, which was in the possession and custody of an employee of Papa Johns International Inc., by means of actual and threatened force,

1

violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

### Discharging a Firearm During and in Relation to a Crime of Violence

On or about the May 29, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**DESHAUN JONES**

did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this Indictment, and knowingly possessed a firearm in furtherance of such crime.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**A TRUE BILL:**
Original Signature on File

_____
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: *Charles Hagerman*
   **Charles B. Hagerman**
   **Assistant United States Attorney**